23-cv-348-KD-B

IN UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

MOBILE DIVISION

)

MRS. WENDY WILLIAMS(HOLCOMBE)

Plaintiffs,

WKRG

Defendants

## COMPLAINT

1. The WKRG 5 media companies, A media company that we have watched for many years in our family, town, city, and community, one of the most powerful companies of all time in the United States lied on my name (Wendy M. Williams). In other words, gave a lie so powerful that it destroyed my companies. It set fire to a manufactured story about me being a credit doctor, identity theft, and having no license.

2. After being arrested WKRG 5 set out to discredit my name casting me as a credit doctor on their network. After the October 31, 2013, arrest, viewers began arriving at Fox in the millions. Favoring the media outlets endorsing the lies that massive and Identity theft actually occurred by Wendy M. Williams and stated that I did not have a license.

3. This is a diverse action asserting Alabama state law claims for slander per se, slander, libel per se, defamation, and invasion of privacy. These outlandish, defamatory, and way-out fictional stories done by WKRG publication of slanderous and defamatory statements regarding Plaintiff that are false, harmful, and was offensive to Plaintiff.

4. Defendant was arrested on October 31, 2013, by the Mobile Police Department and while being detained, she sat in a hot police car until a supervisor came for no reason. It was an African American Captain came and they stood in the middle of the street. After, stopping the car and asking me to get out.

5. WKRG 5, reckless, endorsed and repeatedly, broadcast all over the world verifiably false and devastating lies about Wendy M Williams. These outrageous far-fetched lies fictional stories included Fox claiming that: (1). Wendy Williams was a credit doctor. (2). Wendy Williams had committed Identity theft. (3. That, Wendy Williams stole bad credit. (4). Wendy Williams had committed fraud. WKRG 5 went on with this lie for several months. It was also on the internet for several years and months.

6. WKRG 5 knew that they should have confirmed the story but lied anyway. WKRG 5 knew that these lies were being told to them by a list of agencies such as, Mobile Police Department, District Attorney's Office, also let us mention WKRG 5 itself.

7. WKRG 5 knew there were no evidence to support their claims whatsoever, but the headlines, news of which was obviously manufactured in an effort to discredit Wendy M. Williams by this network, WKRG 5.

8. As, WKRG 5 showed know consciences and stepped all over Wendy M Williams rights. Yet even after WKRG 5 was put on specific written notice of the facts, it stuck to the inherently

improbable and ~~demonstratively~~ false preconceived narratives and continued broadcasting the lies of unreliable sources. The lies were good for WKRG 5 business.

9. WKRG 5 was like being in a forest and lighting a campfire and they added fuel to it and the flames got out of control. WKRG 5 burned the forest half- way down. Destroying everything in their path. Meaning all of my businesses. They even put my home and my mother and father's home on television. Being superior over other media companies among those viewers they used my name also because I was well known in the towns, city, community, and world. The lies were good for WKRG 5 , their business.

10. WKRG 5 even gave these fictional stories and lies a greeting through their platform on social media with billions of viewers and followers. These lies damaged Wendy M. Williams thriving credit repair business. With Fox, storyline they set out to lure viewers back. WKRG 5 intentionally and falsely blamed Wendy M. Williams based on a false story they had retrieved from the entities mentioned and stated in this lawsuit. (Mobile Police Department, District Attorney's Office.

11. Upon information and belief, WKRG 5 made no attempt to verify the veracity of any statements made regarding Plaintiff.

12. Upon information and belief, WKRG 5 knew the statement made on television was false.

13. The information and belief that the Defendants false statements were generated and communicated with actual malice, total disregard for the truth.

14. The information and beliefs, as set forth above defendants have intentionally intruded upon the solitude and/or seclusion of plaintiff

and her private affairs and/or concerns, and this intrusion, which falsely portrays Plaintiff as being dishonest.

15. Upon information and belief, Defendants knew or should have known that the statements alleged herein would create a false impression about Plaintiff and acted in reckless disregard of the truth.

16. As a direct and proximate result of defendants" conduct, Plaintiff has suffered damages in an amount to be proven at trial.

17. The defendant did so knowingly, willfully, and oppressively, with full knowledge of the adverse effects that their actions would have on Plaintiff, and with willful and deliberate disregard for the consequences. Accordingly, Plaintiff is entitled to recover punitive damages from defendants in an amount to be determined at trial.

18. The information and belief that the actions or omissions of Defendants set forth in this Complaint demonstrate malice, egregious defamation, and insult. These actions or omissions by Defendant were undertaken with reckless disregard of the falsity of the speech and its effects on Plaintiff.

19. Plaintiff is entitled to general and special damages for the following harm: emotional distress and impairment to her name, character, and reputation.

20. Additionally, Plaintiff request an award of punitive damages and attorneys' fees beyond and in excess of those damages necessary to compensate Plaintiff for injuries resulting from Defendants' conduct.

21. In addition Fox also stated that I used drugs, and that Plaintiff was sleeps outside which is not true and is highly offensive. This is disregard to human man kind and women.

Wherefore, I the Plaintiff respectfully requests the Court to enter judgement in my favor and against all Defendants, each of them jointly and severally, as follows:

1. Give or Awarding Plaintiff damages in amounts pertaining to each to be determined at trial, but not less than 75,000.00, including general, special, consequential, actual, statutory, punitive damages.
2. General- 2 million dollars change 20 million
3. Special- 700,000
4. Consequential- 900,000
5. Statutory- 900,000
6. Punitive-37 million change 42 million

2. Awarding an accounting to Plaintiff for the gains and profits of Defendants arising from the unlawful conduct and acts.

3. Permanently in joining Defendants and their respective partners, agents, representatives, successors, assigns and employees, and any and all persons in active convert or participation with Defendants, and each of their executors, administrators, succors, licensees, assigns, subsidiaries, parents, affiliates, divisions, co-venturers, partners, officers, directors, employees, agents shareholders, managers, representatives, consultants, and any all other persons, corporations, or other entities acting under the supervision, direction, control, or on behalf of any of the foregoing, and each of them, from: making, disseminating, or publishing any statements of plaintiff. Any statements be taken down. There were also movies created.

Offensive statement of my parents 2023. Offensive statement of my family.

This was done out of payback against me for publishing to the Justice Department that there were corruption in the department of the Mobile Police Department.

4. Asking the Honorable Judge to issue or issuing an order requiring this news company to retract, remove, and repudiate in full all defamatory and disparaging statements made regarding Plaintiff.

5. Issuing an order requiring WKRG 5 to retract, remove, and repudiate in full all defamatory and disparaging statements made regarding Plaintiff.

Awarding Plaintiff's attorneys' fees and costs.

Pre- judgement and post-judgment interest; and

Granting plaintiff such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

I, the plaintiff hereby demands a trial by jury on all claims for relief and issues trial by jury.

The telephone number was given out and several people stated that it was published all over the news. It was also stated by several

3239436542 (Private)

Respectfully submitted

Wendy M. Williams (Pro-Se)

September 9, 2023

1730 Cayouga Avenue
Prichard, AL 36610

Mobile Federal Courthouse
155 St. Joseph Street
Mobile, AL.
36603
Civil Division