```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

| | |
|---|---|
| **WENDY WILLIAMS,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 23-00348-KD-B |
| **WKRG 5,** | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered this date, t is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE** this 28th day of November 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE